IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

FILED MAR 27 2007 J.T. NOBLIN, CLERK BY _____ DEPUTY

**EVELYN GOERS, an individual**  **PLAINTIFFS**
**CHERYL GOERS, an individual**

v.                                    CIVIL ACTION NO.: 3:05CV544HTW-JCS

**EMC INSURANCE COMPANIES; GAB ROBINS NORTH**          **DEFENDANTS**
**AMERICA, INC., RICHARD W. BOOKER, an individual;**
**THE INSURANCE MART, INC., MISSISSIPPI CLAIMS**
**SERVICE; AND "JOHN-DOE" McNAIR, an individual**
whose name will be properly identified when ascertained through
discovery; Fictitious defendants A, B, and C being those persons,
firms, corporations, adjusters, insurance companies, remediation
companies, mold testing companies, engineers, microbiologists
who are responsible for any of the Plaintiffs damages herein;
Fictitious Defendants D, E and F, being those persons, firms,
corporations or other entities who is in any way responsible to
the Plaintiffs for their injuries and damages sustained herein

## ORDER OF DISMISSAL WITH PREJUDICE

**THE PARTIES** having agreed to and announced to the Court a settlement of this case, and the Court being desirous that this matter be finally closed on its docket,

**IT IS, THEREFORE, ORDERED** that this case is hereby **DISMISSED WITH PREJUDICE** as to all parties, with each party to bear their own costs, expenses and attorneys fees.

**SO ORDERED,** this the  26  day of  Mar  2007.

_____
HONORABLE JAMES C. SUMNER
UNITED STATES MAGISTRATE JUDGE

350629.WPD

Order Prepared By:

/s/ Dan W. Webb
Dan W. Webb, MSB #7051
Roechelle R. Morgan, MSB #100621
J. Wayne Doss, Jr., MSB # 100530
Webb, Sanders & Williams, P.L.L.C.
P.O. Box 496
363 North Broadway
Tupelo, Mississippi 38802-0496
Attorneys for EMCC, GAB Robins North America, Inc./Richard W. Booker, Defendants
and
Chris W. Deaton, Esq.
Deaton & Deaton
P.O. Box 1726
Tupelo, Mississippi 38802-1726
Attorney for EMCC, Defendant

**Agreed as to Substance and Form:**

/s/ Staci B. O'Neal
Staci B. O'Neal, Esq.
214 Key Drive, Suite 1100
Madison, Ms 39110
Attorney for Plaintiffs


/s/ George W. Healy, IV
George W. Healy, IV, Esq.
George W. Healy, Iv & Associates
2224 25th Avenue
Gulfport, Ms 39501
Former Attorney for Plaintiffs


/s/ Timothy J. Matusheski
Timothy J. Matusheski, Esq.
George W. Healy, Iv & Associates
2224 25th Avenue
Gulfport, Ms 39501
Former Attorney for Plaintiffs


/s/ Stephen W. Mullins
Stephen W. Mullins, Esq.
The Law Firm of Alwyn H. Luckey, P.A.
2016 Bienville Blvd., Suite 102
P.O. Box 724
Ocean Springs, Mississippi 39566-0724
and
Michael W. Duffy, Esq.
Childress Duffy Goldblatt, Ltd.
515 North State Street
Chicago, Illinois 60610
Former Attorneys for Plaintiffs

/s/ J. Peyton Randolph, II
J. Peyton Randolph, II, Esq.
Law Offices of J. Peyton Randolph, II
613 Steed Road
Ridgeland, Mississippi 39157
Attorney for the Insurance Mart